948

Núms. 8501 y 8502.—MARIO MERCADO E HIJOS, aplte. *v.* OLIVIER
ET AL., apldos.—C. D. Ponce. Resolución de compraventa y arrenda
miento y otros extremos. Noviembre 3, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción sobre reconsideración de las sentencias dictadas e
estos casos presentada por los demandados Lluberas y Blasini en (
sentido de que se impongan a los demandantes las costas de la apela
ción y una cantidad sustancial para el pago de honorarios de abogad
por tratarse de recursos frívolos, no ha lugar.

Núm. 8416.—ACOSTA, apldo. *v.* P. R. RAILWAY, LT. & P. Co
aplte.—C. D. San Juan. Daños y perjuicios. Noviembre 3, 1942.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de reconsideración de la parte demandada y apelant
radicada el 5 de agosto último, no ha lugar, sin que haya lugar tam
poco a imponer a dicha parte las costas de la apelación como solicit
la parte demandante y apelada en su moción del 30 de octubre d
1942.